**Hogan Lovells**

FILED
IN CLERKS OFFICE

2018 MAR -6 PM 4: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

Hogan Lovells US LLP
100 High Street - 20th Floor
Boston, MA 02110
T +1 617 371 1000
F +1 617 371 1037
www.hoganlovells.com

March 6, 2018

*Via Hand Delivery*

The Honorable Allison D. Burroughs
U.S. District Court for the District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re:   Bowers v. Tesaro, Inc., Case No. 1:18-cv-10086

Dear Judge Burroughs:

I write on behalf of the parties regarding the above-referenced securities class action. As the parties indicated in their filing of February 16, the Plaintiff anticipates that he may file an amended complaint after the Court appoints a lead plaintiff. [*See* Dkt. No. 14]. For this reason, the parties submitted for Your Honor's consideration a stipulation and proposed order setting out a suggested timetable for the filing of an amended complaint and the briefing of a motion to dismiss.

If Your Honor has any concerns about the proposed timetable or any questions for the parties, counsel are available at Your Honor's convenience.

Respectfully submitted,

*/s/ Justin P. O'Brien*

Justin O'Brien

Partner
justin.obrien@hoganlovells.com

cc:  All Counsel of Record

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Shanghai FTZ  Ulaanbaatar  Zagreb. Business Service Centers:  Johannesburg  Louisville. For more information see www.hoganlovells.com

\BA - 038147/000067 - 747701 v1