UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROGER BOWERS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>TESARO INCORPORATED, LEON O. MOULDER JR. and TIMOTHY R. PEARSON,<br><br>        Defendants. | No. 1:18-cv-10086-ADB |

## [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD AND LIAISON COUNSEL

Having considered the Motion of the Employees Retirement System of Puerto Rico Electric Power Authority (hereinafter referred to as "ERS-PREPA") for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel, the Memorandum of Law and the Declaration of Adam M. Stewart in support thereof, and good cause appearing therefore:

  1.  ERS-PREPA is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934;

  2.  The law firm of Abraham, Fruchter & Twersky, LLP is hereby appointed Lead Counsel for the Class; and

  3.  The law firm of Shapiro Haber & Urmy LLP is hereby appointed as Liaison Counsel for the Class.

IT IS SO ORDERED.

Dated: _____            _____
                             The Honorable Allison D. Burroughs
                             United States District Judge

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 19, 2018.

                                           **/s/ Adam M. Stewart**
                                           Adam M. Stewart