## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROGER BOWERS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESARO INCORPORATED, LEON O. MOULDER JR. and TIMOTHY R. PEARSON,<br><br>Defendants. | Case No. 1:18-cv-10086-ADB<br><br>**REQUEST FOR ORAL ARGUMENT** |

## ZEV CRAWLEY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL

Putative class member Zev Crawley hereby moves this Court for entry of an Order: (1) appointing Mr. Crawley as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B); (2) approving Mr. Crawley's selection of the law firm of Kessler Topaz Meltzer & Check, LLP as Lead Counsel and Murphy Anderson PLLC as Liaison Counsel; and (3) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Mr. Crawley submits herewith the accompanying Memorandum of Law and the Declaration of Michael T. Anderson.

Dated:  March 19, 2018

Respectfully Submitted,

*/s/ Michael T. Anderson*
Michael T. Anderson (BBO #645533)
MURPHY ANDERSON PLLC
33 Harrison Ave, 7th Floor
Boston, MA 02109
manderson@murphypllc.com
Tel. (617) 227-5720

Michelle Cassorla (BBO #668429, D. Mass. admission pending)
MURPHY ANDERSON PLLC
1401 K St. NW, Suite 300
Washington, DC 20005
mcassorla@murphypllc.com
Tel. (202) 223-2620

*Proposed Liaison Counsel for the Class*

KESSLER TOPAZ MELTZER & CHECK LLP
Naumon A. Amjed
Melissa L. Troutner
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
mtroutner@ktmc.com

*Attorneys for Zev Crawley and Proposed Lead Counsel for the Class*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Michael T. Anderson*
                                                Michael T. Anderson