UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROGER BOWERS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESARO INCORPORATED, LEON O. MOULDER JR. and TIMOTHY R. PEARSON,<br><br>Defendants. | Case No. 1:18-cv-10086-ADB |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Court-appointed Lead Plaintiff, Zev Crawley, through his undersigned counsel, hereby provides this notice of voluntary dismissal of this action without prejudice.

Dated: October 12, 2018

Respectfully submitted,

/s/ Sharan Nirmul
KESSLER TOPAZ
MELTZER & CHECK LLP
Sharan Nirmul (admitted *pro hac vice*)
Johnston de F. Whitman, Jr. (admitted *pro hac vice*)
Evan R. Hoey (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
jwhitman@ktmc.com
ehoey@ktmc.com

*Counsel for Lead Plaintiff Zev Crawley and Lead Counsel for the Class*

MURPHY ANDERSON PLLC
Michael T. Anderson (BBO #645533)

1

>33 Harrison Ave., 7th Floor
>Boston, MA 02111
>Telephone: (617) 227-5720
>manderson@murphypllc.com
>
>*Liaison Counsel for the Class*

# CERTIFICATE OF SERVICE

I, Sharan Nirmul, hereby certify that on October 12, 2018, a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice has been filed electronically with the Clerk of Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's ECF system to all counsel of record.

Dated: October 12, 2018        */s/ Sharan Nirmul*
                               Sharan Nirmul